IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNNDORA SMITH-HOLMES, *et ux.*, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 15-cv-1081 |
| v. ) | |
| ) | Hon. Mark R. Hornak |
| EMERSON, INC., d/b/a EMERSON ) | |
| PROCESS MANAGEMENT, ) | |
| ) | |
| Defendants. ) | **ELECTRONICALLY FILED** |

## RULE 41(a) STIPULATION OF DISMISSAL WITHOUT PREJUDICE

AND NOW, Come the Plaintiffs, Lynndora Smith Holmes and Franklin Holmes, and the Defendant, Emerson Process Management Power & Water Solutions, Inc., inaccurately identified as "Emerson, Inc., d/b/a Emerson Process Management," and hereby stipulate and agree that as Defendant's principal place of business is situated in Pennsylvania and as Plaintiffs are citizens of Pennsylvania, this action is dismissed, without prejudice.

Stipulated and agreed to by,

MANSMANN & MOORE, LLP

/s/ *Francis M. Moore*

Francis M. Moore, Esquire
Pa. I.D. #60039
Tele. No.: 412.232.0661
E-mail:

304 Ross Street, Suite 600
Pittsburgh, PA 15219
Fax. No.: 232-0233

Attorneys for Plaintiffs,
Lynndora Smith-Holmes and
Franklin Holmes

Respectfully submitted by,

DICKIE, McCAMEY & CHILCOTE, P.C.

/s/ *Anthony J. Rash*

Anthony J. Rash, Esquire
Pa. I.D. #55944
Tele. No.: 412.392.5222
E-mail: arash@dmclaw.com

Two PPG Place – Suite 400
Pittsburgh, PA 15222
Main Tele. No.: 412.281.7272
Fax. No.: 412.392.5367

Attorneys for Defendant, Emerson Process Management Power & Water Solutions, Inc., inaccurately identified as "Emerson, Inc., d/b/a Emerson Process Management"

AND NOW, this 17th day of September, 2015
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE